UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                                    ORDER OF DISMISSAL
                                                                                                     FOR
**Everton Aloysius Sterling**                                             FAILURE TO PROSECUTE
                                                                                          BANKRUPTCY APPEAL

-------------------------------------------------------X                          20-CV-6262 LGS

FROM:   VITO GENNA, CLERK
                 UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK

IN RE: Scorpion Fitness Inc.                                              BANKRUPTCY CASE: **19-B-11231 (MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/25/2020
BANKRUPTCY DOCUMENT #: 276

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

  X  FRBP 8009
___ Federal Rules of Civil Procedure (Rule _____)
  X  28 U.S.C. 1930 - the requirement to pay a filing fee
___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **September 2, 2020**                                                           Vito Genna, Clerk
             New York, New York                                                          U.S. Bankruptcy Court, SDNY

                                                                                                     By: _____
                                                                                                              Deputy Clerk

                                                         ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  September 3         20 20
            New York, New York
                                                                                                     LORNA G. SCHOFIELD
                                                                                                     UNITED STATES DISTRICT JUDGE

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                            Ruby J. Krajick , Clerk
                                                                                                     District Court, SDNY

                                                                                                     By: _____
                                                                                                              Deputy Clerk